**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**ROBERT LENARD BOOTH,**

                          **Petitioner,**                    **24-CV-05552 (JSR) (VF)**

          **-against-**                                      **ORDER**

**UNITED STATES OF AMERICA,**

                          **Respondent.**
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

The Court ORDERS that: The Clerk of Court shall electronically notify the Criminal

Division of the U.S. Attorney's Office for the Southern District of New York that this order has

been issued.

The "Find an inmate" page on the Federal Bureau of Prisons website lists Petitioner as:

"Deceased: 09/10/2024." Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (last

visited July 2, 2026). No later than **Thursday, July 16, 2026**, the U.S. Attorney's Office shall

file a letter confirming whether Petitioner is deceased.

All further papers filed or submitted for filing must include the criminal docket number

and will be docketed in the criminal case.

          **SO ORDERED.**

DATED:          July 2, 2026
                New York, New York

                                    _____
                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge