**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**
**ROBERT LENARD BOOTH,**

**Petitioner,**

**-against-**

**UNITED STATES OF AMERICA,**

**Respondent.**
**---------------------------------------------------------------X**

**24-CV-05552 (JSR) (VF)**

**21-CR-00652-1 (JSR)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

The Court ORDERS that: The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

The "Find an inmate" page on the Federal Bureau of Prisons website lists Petitioner as: "Deceased: 09/10/2024." Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited July 2, 2026). No later than **Friday, July 24, 2026**, the U.S. Attorney's Office shall file a letter confirming whether Petitioner is deceased.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

**SO ORDERED.**

DATED: July 17, 2026
New York, New York

VALERIE FIGUEREDO
United States Magistrate Judge